```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 21748
   RICKY HARRIS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-9763
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/19/08 .

   2.   The case was dismissed without confirmation, 10/03/2008.

   3.   The Debtor paid a total of $     142.50 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACC CONSUMER FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| ST IL TOLLWAY AUTHORITY | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF SKOKIE | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UnSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, GLEASON & MACMASTER      , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $     142.50 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/21/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                                        PAGE   2
       CASE NO. 08 B 21748 RICKY HARRIS
```